Circuit Court of Appeals for the Second Circuit denied. *Mr. Moses L. Malevinsky* for petitioner. *Mr. Siegfried F. Hartman* for respondents.

No. 613. MISSOURI-KANSAS-TEXAS R. Co. *v.* KAMER. February 2, 1931. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Joseph M. Bryson* and *C. S. Burg* for petitioner. *Mr. Jesse W. Barrett* for respondent.

No. 617. DUKE POWER Co. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. February 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. H. H. Shelton* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Sewall Key, W. Marvin Smith, Clarence M. Charest,* and *Allin H. Pierce* for respondent.

No. 619. FISH ET AL. *v.* WISE ET AL. February 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Robert L. Owen, Frank J. Boudinot, D. H. Linebaugh,* and *Henry G. Thomas* for petitioners. *Messrs. James A. Veasey* and *Lloyd G. Owen* for respondents.

No. 562. MOORE *v.* CARTER OIL Co. February 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Thomas H. Owen, Chester I. Long, W. E. Stanley, Peter Q. Nyce,* and *Samuel W. McIntosh* for petitioner. *Messrs. James A. Veasey* and *Lloyd G. Owen* for respondent.